**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JERRY E POLLARD,                    No C-09-1917 VRW (PR)

12              Plaintiff,

13        v                            ORDER OF TRANSFER

14 K HARRINGTON, Warden,

15              Defendant.

16 _____/

17

18        Plaintiff, a prisoner incarcerated at Kern Valley State

19 Prison in Delano, California, has filed a pro se civil rights

20 complaint under 42 USC section 1983 alleging that certain

21 correctional officers at that facility violated his constitutional

22 rights.

23        A substantial part of the events or omissions giving rise

24 to the claim(s) occurred, and the defendants named reside, in the

25 County of Kern, which lies within the venue of the Eastern District

26 of California.  See 28 USC § 84(b).  Venue therefore properly lies

27 in the Eastern District.  See id § 1391(b).

28        In the interest of justice and pursuant to 28 USC section

1   1406(a) IT IS ORDERED that this action be TRANSFERRED to the United

2   States District Court for the Eastern District of California.

3            The clerk shall transfer this matter and terminate all

4   pending motions as moot.

5

6

7            IT IS SO ORDERED.

8

9

10   _____
     **VAUGHN R WALKER**
11   **United States District Chief Judge**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   G:\PRO-SE\VRW\CR.09\Pollard-09-1917-order of transfer.wpd

28

**United States District Court**
For the Northern District of California

2