1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   JERRY EMANUEL POLLARD,                    CASE NO. 1:09-cv-1232-LJO-MJS (PC)

10                      Plaintiff,            ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS, AND DENYING
11        v.                                  INJUNCTIVE RELIEF

12   K. HARRINGTON,                           (ECF No. 14)

13                      Defendant.

14   _____/

15        Plaintiff Jerry Emanuel Pollard, a state prisoner proceeding pro se and in forma pauperis, has

16   filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a

17   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

18        On July 27, 2010, the Magistrate Judge filed a Findings and Recommendation herein which

19   was served on Plaintiff and contained notice to Plaintiff that any objection to the Findings and

20   Recommendation was to be filed within thirty days.  (ECF No. 22.)  More than thirty days have

21   passed and Plaintiff has not filed an Objection.

22        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court

23   has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court

24   finds the Findings and Recommendations to be supported by the record and by proper analysis.

25   ///

26   ///

27   ///

28   ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.       The Findings and Recommendation, filed July 27, 2010, is adopted in full;

2.       Plaintiff's Motions to Order Defendants to Reissue Plaintiff's Personal Property (ECF No. 14) is DENIED.

IT IS SO ORDERED.

**Dated:**   **September 1, 2010**                **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE