UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY EMANUEL POLLARD,<br><br>        Plaintiff,<br><br>   v.<br><br>K. HARRINGTON,<br><br>        Defendant.<br>_____/ | 1:09-cv-01232-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S PETITION FOR AN EMERGENCY INJUNCTION<br><br>(ECF No. 32) |

Plaintiff Jerry Emanuel Pollard ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2011, the Magistrate Judge filed a Findings and Recommendation, recommending that Plaintiff's Motion to Compel Defendants to Return Plaintiff's Legal Materials be Denied. (ECF No. 32.) Plaintiff has failed to file objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 29, 2011, is adopted in full; and
2. Plaintiff's Motion to Compel the Return Plaintiff's Legal Materials is DENIED.

IT IS SO ORDERED.

**Dated:   September 23, 2011**          **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE