UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY EMANUEL POLLARD,<br><br>        Plaintiff,<br><br>   v.<br><br>K. HARRINGTON,<br><br>        Defendant. | 1:09-cv-01232-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S PETITION FOR AN EMERGENCY INJUNCTION<br><br>(ECF No. 38) |

    Plaintiff Jerry Emanuel Pollard ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 25, 2011, the Magistrate Judge filed a Findings and Recommendation, recommending that Plaintiff's Motion for an Order to Show Cause for a Preliminary Injunction be denied. (ECF No. 38.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendation, filed October 25, 2011, is adopted in full; and

    2.    Plaintiff's Motion for an Order to Show Cause for a Preliminary Injunction is DENIED.

IT IS SO ORDERED.

**Dated:   December 20, 2011**          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE